McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A. Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Henry H. Kim
Nevada Bar No. 14390
  *henry.kim@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO ADVANTAGE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| KARRA J. PALLAGAO,<br><br>                Plaintiff,<br><br>        v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY a limited liability company, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                Defendants. | Case No. 2:22-cv-01401-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Re: <u>Pallagao v. GEICO</u>
Case No. 2:22-cv-01401-JCM-DJA

Each party will bear their own costs and attorneys' fees.

November 8, 2022                LAW OFFICES OF ANDREW M. LEAVITT, ESQ.

By: _____*/s/ Andrew M. Leavitt*_____
Andrew M. Leavitt, Esq.
Nevada Bar No. 3989
633 S. Seventh St.
Las Vegas, NV 89101
702-382-2800
Attorney for Plaintiff

November 8, 2022                McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____*/s/ Jonathan W. Carlson*_____
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A Toddre, II
Nevada Bar No. 11474
Henry H Kim
Nevada Bar No. 14390
Attorneys for GEICO ADVANTAGE INSURANCE COMPANY

### ORDER

**IT IS SO ORDERED.**

DATED November 10, 2022.

_____
U.S. DISTRICT JUDGE

8683436.1